## **AFFIDAVIT**

I, William P. Akins, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

**INTRODUCTION:**

1. I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since February of 2019.  Since February of 2019, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the fourteen-week training course at the United States Postal Inspection Service Academy in Potomac, MD.  There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 13 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. During my almost 16-year career as a Federal Law Enforcement Officer, I have been involved in numerous criminal investigations which have resulted in arrests, recovery of evidence and seizure of property.  I have also written and executed numerous search warrants resulting in the seizure of thousands of dollars and controlled substances.

**DESCRIPTION OF SUBJECT PARCELS:**

2. This affidavit is made in support of an Application and Affidavit for a Search Warrant for four United States Postal Service (USPS) Priority Mail parcels.

The first parcel has Tracking Number 9405 5368 9523 2207 9470 02, with prepaid postage and postmarked from Tucson, AZ 85756. It bears a return address of "Chambrun, 6838 S 5th Ave, Tucson, AZ 85756" and is addressed to "Roman Hernandez, 4023 E. Pacific Ave, Apt 12, Spokane, WA 99202-4989". The parcel consists of a white, USPS Priority Mail Medium Flat Rate shipping box. The box measures approximately 12" X 3" X 14". It is hereafter referred to as "SUBJECT PARCEL 1".

The second parcel has Tracking Number 9405 5368 9523 2207 9465 00, with prepaid postage and postmarked from Tucson, AZ 85756. It bears a return address of "Chambrun, 6838 S 5th Ave, Tucson, AZ 85756" and is addressed to "Robby Williams, 2 Unity Dr, Centereach, NY 11720-2720". The parcel consists of a white, USPS Priority Mail Small Flat Rate shipping box. The box measures approximately 8" X 5" X 1". It is hereafter referred to as "SUBJECT PARCEL 2".

The third parcel has Tracking Number 9405 5368 9523 2207 9465 17, with prepaid postage and postmarked from Tucson, AZ 85756. It bears a return address of "Chambrun, 6838 S 5th Ave, Tucson, AZ 85756" and is addressed to "Dan Davidson, 2108 Scenic Dr., Gadsden, AL 35904-3253". The parcel consists of a white, USPS Priority Mail Small Flat Rate shipping box. The box measures approximately 8" X 5" X 1". It is hereafter referred to as "SUBJECT PARCEL 3".

The fourth parcel has Tracking Number 9405 5368 9523 2207 9466 78, with prepaid postage and postmarked from Tucson, AZ 85756. It bears a return

address of "Chambrun, 6838 S 5th Ave, Tucson, AZ 85756" and is addressed to "Victoria Swithers, 440 Landing Rd, Conway, SC 29527-7682". The parcel consists of a white, USPS Priority Mail Small Flat Rate shipping box. The box measures approximately 8" X 5" X 1". It is hereafter referred to as "SUBJECT PARCEL 4".

**BACKGROUND ON USPS DRUG INTERDICTION NEAR THE SOUTHWEST BORDER AND THE USPS DRUG MAIL PROFILING PROGRAM:**

3. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who also specialize in investigations relating to the mailing of controlled substances and the proceeds from the sale of controlled substances, I am aware that the southwestern international border is a leading area for the entry of controlled substances from Mexico into the U.S. Based on the large quantities of controlled substances entering southern Arizona, controlled substances are frequently transported from southern Arizona via the United States Mail to areas across the United States and Puerto Rico. It is also common for the proceeds from the sale of the controlled substances to be sent to southern Arizona via the United States Mail. By using the U.S. Mail to ship controlled substances, these drug traffickers put unknowing postal employees who handle and deliver those mailings at risk.

4. Based on the frequent use of the United States Mail for the shipment of controlled substances from southern Arizona, Postal Inspectors in Tucson and other locations near the southwest border routinely observe inbound and

outbound mail articles for suspicious characteristics common to mailings of drugs and drug proceeds. While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

    a. Suspected parcels are mailed to or from known drug destination areas, primarily the large metropolitan areas in United States and Puerto Rico.

    b. The sender names and addresses on drug or drug proceeds parcels routinely contain misspellings, incomplete, inaccurate, unauthorized and/or fictitious information.

    c. A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

    d. The postage was paid with means which leaves no trail identifying the mailer.

5. Parcels found to meet some or all of the suspicious characteristics described in subsections "a" through "d" of this paragraph are further investigated by Postal Inspectors.

**INVESTIGATIVE DETAILS:**

6. On August 3, 2021, during ongoing interdiction activities in Tucson, AZ, I observed the SUBJECT PARCELS at the USPS Tucson Main Post Office and found they had the following characteristics common to drug proceeds and drug parcels, namely:

    a. They were mailed from Tucson, Arizona which is an area I know to be a source area for narcotics that are often shipped across the country.

    b. The parcels had tracking numbers. From my experience, I know that nearly all drug and drug proceeds parcels bear tracking numbers allowing the sender and receiver to track the progress of the shipment from origination to destination.

    c. There were no telephone numbers listed on the mailing label for either the sender or addressee. In my experience, legitimate mailers who use the USPS Priority Mail service regularly include telephone numbers in the spaces provided on the label because they paid a premium price for the service and want to be contacted to help facilitate a timely delivery should a problem arise. In my experience, Priority Mail parcels that I have seized drugs and/or drug proceeds from bore either no telephone numbers or listed fictitious telephone numbers.

    d. The postage for the parcels were paid for in a manner to conceal the identity of the mailer.

7. On August 3, 2021, I accessed "Thomson Reuters CLEAR" to check for records of the names and addresses listed on the SUBJECT PARCELS. Thomson Reuters CLEAR is an online service that provides an extensive collection of public records used primarily by corporate security departments and law enforcement agencies nationwide for investigative purposes. Both addresses were verified for mail delivery however, there were no current records associating the sender's name or business with the corresponding address listed on the SUBJECT PARCELS.

8. Through various USPS and law enforcement databases, I associated the mailer of the SUBJECT PARCELS to a previously mailed parcel that was discovered to contain narcotics.

9. Canine Examination:

    a. On August 4, 2021, at approximately 9:13 a.m., I met with Supervisory Border Patrol Agent Canine Handler Paul Du Bois and his canine partner Dell. Agent Du Bois' canine is trained and certified to detect the odors of marijuana, heroin, cocaine, methamphetamine and their derivatives.  I placed the SUBJECT PARCELS in a cleared area for examination by Agent Du Bois and Dell.  Agent Du Bois informed me at approximately 9:20 a.m. that Dell alerted to the SUBJECT PARCELS, indicating the presence of narcotics or a controlled substance, or other evidence with an odor of narcotics or a controlled substance within the parcel.

10. Based on the facts set forth in this affidavit, I believe there is probable cause to show that the parcel contains controlled substances and/or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841 (a) (1), Possession with Intent to Distribute a Controlled Substance, and 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

21-05911MB

*William P. Akins*
_____
William P. Akins
United States Postal Inspector

Subscribed and sworn to me telephonically on this 4th day of August, 2021

*Lynnette C. Kimmins*
_____
Lynnette C. Kimmins
UNITED STATES MAGISTRATE JUDGE